KHAI LEQUANG (SBN 202922)
klequang@orrick.com
AARON M. RUBIN (SBN (320880)
amrubin@orrick.com
RICHARD W. KREBS (SBN 278701)
rkrebs@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Telephone:   +1 949 567 6700
Facsimile:    +1 949 567 6710

Attorneys for Plaintiffs
CREDIT SUISSE LENDING TRUST (USA),
CREDIT SUISSE LENDING TRUST (USA) 5,
and PRIMARY MASTERBAREAF PTC
LIMITED, on behalf of and as trustee of the
CSSEL GUERNSEY BARE TRUST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT SUISSE LENDING TRUST (USA), CREDIT SUISSE LENDING TRUST (USA) 5, and PRIMARY MASTERBAREAF PTC LIMITED, on behalf of and as trustee of the CSSEL GUERNSEY BARE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-02516-CAS (GJSx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>First Amended Complaint Filed: August 12, 2020<br><br>Judge:   Hon. Christina A. Snyder |

Plaintiffs Credit Suisse Lending Trust (USA), Credit Suisse Lending Trust (USA) 5, and Primary MasterBareAF PTC Limited, on behalf of and as trustee of the CSSEL Guernsey Bare Trust (collectively, the "Plaintiffs") and Transamerica Life Insurance Company ("TLIC") (Plaintiffs and TLIC are, collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' February 7, 2022 Confidential Settlement Agreement and Release ("Settlement Agreement"), hereby stipulate to dismiss this action in its entirety with prejudice, with each Party to bear its own attorney's fees and costs, and with the Court to retain jurisdiction to enforce the Settlement Agreement.

Dated: February 17, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Khai LeQuang*
KHAI LEQUANG
AARON M. RUBIN
RICHARD W. KREBS

Attorneys for Plaintiffs
CREDIT SUISSE LENDING TRUST (USA), CREDIT SUISSE LENDING TRUST (USA) 5, and PRIMARY MASTERBAREAF PTC LIMITED, on behalf of and as trustee of the CSSEL GUERNSEY BARE TRUST

Dated: February 17, 2022

McDOWELL HETHERINGTON LLP

By: */s/ Erin B. Taylor*
ERIN B. TAYLOR

Attorneys for Defendant

TRANSAMERICA LIFE INSURANCE COMPANY

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 17, 2022        ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Khai LeQuang*_____
　　　　　KHAI LEQUANG